UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | Case No. 13-12786-aih |
|---|---|---|
| | ) | |
| Smith Land Company, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | |
| | ) | NOTICE OF HEARING ON SHAWN |
| | ) | AND MALAVAHN HERHOLD'S |
| | ) | MOTION FOR RELIEF FROM |
| | ) | AUTOMATIC STAY |
| | ) | |

**PLEASE TAKE NOTICE** that a hearing will be held on the Motion for Relief from Automatic Stay filed by Shawn and Malavahn Herhold on June 4, 2013 at 10:00 a.m. at the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Courtroom 1A, Cleveland, Ohio 44114-1235.

Shawn and Malavahn Herhold have filed papers with the court seeking relief from automatic stay.

*__Your rights may be affected.__ You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)*

If you do not want the court to grant a relief from stay, or if you want the court to consider your views on the Motion for Relief from Automatic Stay, then on or before May 28, 2013, you or your attorney must:

> File with the Court a Response to Shawn and Malavahn Herhold's Motion for Relief From Automatic Stay explaining your position. Your Response should be filed at the Clerk's office at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Thomas A. Skidmore, Esq.
THOMAS A. SKIDMORE CO., L.P.A.
One Cascade Plaza, 12th Floor
Akron, Ohio   44308
Attorney for Movant's

David O. Simon, *Trustee*
1370 Ontario Street
Standard Building #450
Cleveland, Ohio   44113-1744

Huntington National Bank
P.O. Box 341470 – NC1W25
Columbus, Ohio   44234-1470

National City Bank
1 National City Parkway
Kalamazoo, MI   49009-8003

Attend the hearing scheduled to be held on June 4, 2013 at 10:00 a.m. in Courtroom 1A, United States Bankruptcy Court, 201 Superior Avenue, Cleveland, Ohio   44114-1235.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                          Respectfully submitted,

Date:  May 8, 2012

/s/  Thomas A. Skidmore, Esq.
Ohio Attorney Reg. # 0039746
**THOMAS A. SKIDMORE CO., L.P.A.**
One Cascade Plaza, 12th Floor
Akron, Ohio   44308
Phone:          (330) 379-2745
Fax:              (330) 253-9657
E-Mail:          thomasskidmore@rrbiznet.com
*Attorney for Shawn and Malavahn Herhold*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2013, a true and correct copy of the foregoing Notice of Hearing on Motion for Relief from Automatic Stay filed by Shawn and Malavahn Herhold was served via the Courts electronic case filing system on the following who are listed on the Courts Electronic Mail Notice List:

Warner Mendenhall, Esq.
190 N. Union Street, Suite 201
Akron, Ohio  44304
*Attorney for Debtor*

David O. Simon, *Trustee*
1370 Ontario Street
Standard Building #450
Cleveland, Ohio  44113-1744

and via regular U.S. Mail, postage prepaid this 8th day of May, 2013 to:

Huntington National Bank
P.O. Box 341470 – NC1W25
Columbus, Ohio  44234-1470

National City Bank
1 National City Parkway
Kalamazoo, MI  49009-8003

/s/  Thomas A. Skidmore
Ohio Attorney Reg. # 0039746